This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**FRANK DOMBOS,**

    Plaintiff-Appellant,

**v.**                                                  **No. 33,703**

**ROBERT STEWART,**

    Defendant-Appellee,

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Camille Martinez Olguin, District Judge**

Frank J. Dombos
Santa Fe, NM

Pro Se Appellant

NM Department of Corrections
Kathleen O. Ayala
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}    Plaintiff appealed the grant of summary judgment in Defendant's favor, as well as the district court's refusal to grant Plaintiff's motion for default judgment. We issued a notice of proposed disposition proposing to affirm in part and reverse in part,

and neither party has filed a memorandum opposing that proposed disposition. Therefore, for the reasons stated in the notice, we affirm the district court's judgment in part and reverse it in part.

{2}     **IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**TIMOTHY L. GARCIA, Judge**

_____

**LINDA M. VANZI, Judge**